**Order entered March 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00269-CR

**REGINALD A. NOBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. W00-50025-K**

## ORDER

The Court has before it appellant's March 11, 2015 motion for appointment of counsel. The Court has dismissed the appeal for want of jurisdiction. Accordingly, we **DENY** as moot appellant's motion for appointment of counsel.

/s/    ROBERT M. FILLMORE
        JUSTICE